Ramon Charles CHAPMAN,
Plaintiff—Appellant,

v.

SOCIAL SECURITY
ADMINISTRATION, Defendant—
Appellee.

No. 04–1320.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 17, 2004.

Ramon Charles Chapman, Appellant pro
se.

Before NIEMEYER, WILLIAMS, and
TRAXLER, Circuit Judges.

PER CURIAM.

Ramon Charles Chapman appeals the
magistrate judge's order denying his mo-

tion for reconsideration of his Social Security action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Chapman v. Soc. Sec. Admin.,* No. CA-2-04 (E.D.Va. filed Feb. 11, 2004; entered Feb. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*